Case 4:06-cr-00022-TWP-KMB Document 51 (Court only) Filed 09/25/24 Page 1 of 1 PageID <pageID>
Case 4:06-cr-00022-TWP-KMB Document 61 Filed 09/26/24 Page 1 of 2 PageID #: 9

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Jerry A. Browder

Case No: 4:06CR00022-001
USM No: 08334-028

Date of Original Judgment: 12/26/2007
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  292  months **is reduced to**  263 months*  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*Counts 1 and 2 - 263 months; Count 3 - 240 months, concurrent

Except as otherwise provided, all provisions of the judgment dated 12/26/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/26/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Tanya Walton Pratt, U.S. District Court Chief Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By: _____
Deputy Clerk